UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

SEBASTIAN FUMBERG,

        Plaintiff,

v.

TELEMUNDO TELEVISION STUDIOS, LLC,

        Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Telemundo Television Studios, LLC ("Telemundo") hereby provides notice that it is removing this action for all further proceedings to the United States District Court for the Southern District of Florida, from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. In support, Defendant states as follows:

### I. STATEMENT OF THE CASE

1. On or about November 30, 2021, Plaintiff Sebastian Fumberg filed a lawsuit in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida against other defendants Entertainment Partners Services LLC and Entertainment Partners, LLC. The case was designated Case Number 2021-026036-CA-01 (hereinafter, the "State Action").

2. On January 31, 2022, Plaintiff filed an Amended Complaint in the State Action removing the prior defendants and substituting in Defendant Telemundo Television Studios, LLC (hereinafter, the "Complaint"). Telemundo became, and currently remains, the only Defendant named in the State Action.

3.  Plaintiff served Telemundo with initial process of the Complaint on March 10, 2022.

4.  Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders in the State Action are attached hereto as **Exhibit A**.

5.  No other process, pleadings, or orders have been served on Defendant in the State Action other than those included in Exhibit A.

6.  The Complaint purports to bring one claim for "Wage & Hour Federal Statutory Violation," alleging unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"). Ex. A, Pl.'s Am. Compl. ¶¶ 12-21.

## II. GROUNDS FOR REMOVAL

7.  This Court has original jurisdiction over this matter by virtue of 28 U.S.C. § 1331 through application of 28 U.S.C. § 1446 in that it raises a federal question because this civil action arises out of laws of the United States.

8.  The Complaint, on its face, expressly raises a claim under the FLSA, which is a federal statute. Therefore, the Complaint raises a federal question, and it is removable on that basis. 28 U.S.C. §§ 1331.

9.  The Complaint does not contain any other claim besides for the FLSA claim.

## III. VENUE

10. Venue is proper in the United States District Court for the Southern District of Florida because the case is being removed from the Circuit Court in and for Miami-Dade County, Florida. *See* 28 U.S.C. § 1446(a).

### IV. CONSENT OF OTHER DEFENDANTS

11. Telemundo is the only defendant in this case. Therefore, there are no other defendants who would need to join in or consent to this Notice of Removal.

### V. TIMELINESS OF REMOVAL

12. Defendant was first served with initial process on March 10, 2022. Thus, Defendant is filing this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

### VI. NOTICE OF REMOVAL GIVEN TO STATE COURT

13. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. A copy of the Notice being filed in the State Action is attached as **Exhibit B**.

### VII. CONCLUSION

14. Accordingly, this case is being properly removed to the United States District Court for the Southern District of Florida. Defendant Telemundo Television Studios, LLC respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove it from the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida.

Dated: April 8, 2022.

    Respectfully submitted,

    OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
    Two Datran Center
    9130 S. Dadeland Boulevard, Suite 1625
    Miami, Florida 33156
    Telephone: 305.374.0506
    Facsimile: 305.374.0456


    _Steven S. Cula_
    Christopher P. Hammon
    Florida Bar No. 176753
    chris.hammon@ogletreedeakins.com
    Steven S. Cula
    Florida Bar No. 1002949
    steven.cula@ogletreedeakins.com

    *Counsel for Defendant, Telemundo Television Studios, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        Steven S. Cula          
                                        Steven S. Cula

## SERVICE LIST
*Sebastian Fumberg v. Telemundo Television Studios, LLC*
United States District Court for the Southern District of Florida
CASE NO. _____

    Jason S. Remer
    jremer@rgpattorneys.com
    REMER & GEORGES-PIERRE, PLLC
    44 West Flagler Street, Suite 2200
    Miami, FL 33130
    Telephone: 305.416.5000
    Facsimile: 305.416.5005

*Counsel for Plaintiff, Sebastian Fumberg*

Method of Service:  CM/ECF

Christopher P. Hammon
chris.hammon@ogletreedeakins.com
Steven S. Cula
steven.cula@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
9130 S. Dadeland Blvd., Suite 1625
Miami, FL 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant, Telemundo Television Studios, LLC*